AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

for the _____ DISTRICT OF _____ Massachusetts _____

CHARLES LANGONE, AS FUND MANAGER OF
THE NEW ENGLAND TEAMSTERS AND TRUCKING
INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

LILY TRANSPORTATION CORP. d/b/a
LILY TRANSPORT LINES, INC. and/or d/b/a
LILY TRANSPORT LINES, INC.

CASE NUMBER: 04 11418 DPW

FILED
CLERKS OFFICE
2004 JUL 15 P 12: 73
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of defendant)

John Simourian II, President
Lily Transport Corp.
145 Rosemary Street
Needham, MA 02194

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE: JUN 22 2004