UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>　　　　Plaintiff,<br><br>v.<br><br>LILY TRANSPORTATION CORP. d/b/a LILY TRANSPORT, INC. and/or d/b/a LILY TRANSPORT LINES, INC.<br><br>　　　　Defendant, | C.A. No. 04cv11418 DPW |

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action agrees that the time for Defendants to file an answer to Plaintiff's Complaint may be extended up to and including August 17, 2004.

Dated:  July 26, 2004                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Catherine M. Campbell
　　　　　　　　　　　　　　　　　　　　BBO #549397629444
　　　　　　　　　　　　　　　　　　　　Feinberg, Campbell & Zack, P.C.
　　　　　　　　　　　　　　　　　　　　177 Milk Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　(617) 338-1976


　　　　　　　　　　　　　　　　　　　　/s/ Catherine M. Campbell_____
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

<u>Certificate of Service</u>

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to John Simourian, II, President, Lily Transportation Corp., 145 Rosemary Street, Needham, MA 02914.

Date: July 26, 2004

<u>/s/Catherine M. Campbell</u>
Catherine M. Campbell