UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER<br>of the NEW ENGLAND TEAMSTERS AND<br>TRUCKING INDUSTRY PENSION FUND<br><br>      Plaintiff,<br><br>v.<br><br>LILY TRANSPORTATION CORP. d/b/a<br>LILY TRANSPORT, INC. and/or d/b/a<br>LILY TRANSPORT LINES, INC.<br><br>      Defendants, | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-11418 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendants in the above-captioned action. Defendants were served with the complaint and summons on June 28, 2004. This Court granted a motion to extend the time to answer the complaint until August 17, 2004. As of this date, Defendants have not filed an answer or other responsive pleading to the Complaint.

Dated: September 3, 2004                Respectfully submitted,

                                                      /S/ Catherine M. Campbell
                                                  Catherine M. Campbell
                                                  BBO #549397
                                                  FEINBERG, CAMPBELL & ZACK PC
                                                  177 Milk Street
                                                  Boston, MA 02109
                                                  (617) 338-1976

Certificate of Service

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to John Simourian, II, President, Lily Transportation Corp., 145 Rosemary Street, Needham, MA 02914.

                                                     /S/ Catherine M. Campbell
                                                   Catherine M. Campbell