UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as Fund Manager
of the New England Teamsters and Trucking
Industry Pension Fund,
    Plaintiff,

      v.                      CIVIL ACTION
                              NO.04-11418-DPW

LILY TRANSPORTATION CORP.
a/k/a Lily Transportation, Inc.,
And/or d/b/a Lily Transport Lines, Inc.,
    Defendant.

## NOTICE OF DEFAULT

WOODLOCK, D.J.

    Upon application of the Plaintiff for an Order of Default for failure of the defendant to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant LILY TRANSPORTATION CORP. a/k/a Lily Transportation, Inc., and/or d/b/a Lily Transport Lines, Inc., has been defaulted this date.

                                    BY THE COURT,

                                    /s/ Rebecca Greenberg
                                      Deputy Clerk

Dated: September 7, 2004