UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
                                                                )
        Plaintiff, )
                                                                 )       C.A. No. 04-11418 DPW
v. )
                                                                 )
LILY TRANSPORTATION CORP. d/b/a )
LILY TRANSPORT, INC. and/or d/b/a )
LILY TRANSPORT LINES, INC. )
                                                                 )
        Defendants, )
_____)

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41**

      Now comes the Plaintiff, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, to notify this Court that he wishes to dismiss the above-captioned action without prejudice and with each party to bear its own costs pursuant to F.R.C.P. 41(a)(1)(i).

Dated: October 20, 2004                    Respectfully submitted,

                                                                              _/S/ Catherine M. Campbell_
                                                                              Catherine M. Campbell
                                                                              BBO #549397
                                                                              FEINBERG, CAMPBELL & ZACK PC
                                                                              177 Milk Street
                                                                              Boston, MA 02109
                                                                              (617) 338-1976

Certificate of Service

     I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to John Simourian, II, President, Lily Transportation Corp., 145 Rosemary Street, Needham, MA 02914.

                                                                              _/S/ Catherine M. Campbell_
                                                                              Catherine M. Campbell